## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                     CV 11-0696 WPL/RHS

MARSHA R. GONZALES a/k/a
MARSHA GONZALES a/k/a
MARSHA R. GONZALES-HARRIS,

       Defendant.

## DEFAULT JUDGMENT

This cause came before the Court upon the motion by the United States for entry of default judgment against the Defendant Marsha R. Gonzales ("Defendant"). (Doc. 14.) The Court FINDS:

    1. Defendant was personally served with process on August 10, 2011, as more fully appears on the Waiver Of The Service Of Summons, on file in this case.

    2. The time allowed by law within which Defendant may answer or otherwise plead has expired and Defendant has failed to answer or otherwise plead to Complaint.

    3. A default as to Defendant has been entered by the Clerk of this Court.

    4. The Defendant has not responded to the United States' motion for default judgment.

    5. The allegations of the Complaint are hereby adopted as findings of fact. The Court concludes as a matter of law that the United States of America is entitled to the relief demanded in the Complaint.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff, United States of America, should have, and it is hereby granted, judgment against the Defendant in the amount of $122,707.80, consisting of $94,466.99 principal, $28,240.81 accrued interest as of July 19, 2011; plus interest accruing on the unpaid principal balance at the daily rate of $19.09 from July 19, 2011, to the date of judgment, with interest accruing at the legal rate, compounded annually, thereafter until paid; United States District Court Clerk docket fees in the amount of $350.00 as provided by 28 U.S.C.§ § 1914(a) and 1923(a), lien fees in the amount of $18.00, plus costs of this action.

DATED this 3rd day of January, 2012.

William P. Lynch
United States Magistrate Judge
*Presiding by Consent*

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.

2